**United States District Court**
**For the Northern District of California**

E-FILED on    04/27/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD SILVA, JR. D/B/A SILVA FARMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FARMERS PROCESSING, INC., a California corporation, and RAYMOND RODRIGUEZ, individually,<br><br>　　　　　　Defendants. | No. C-09-01754 RMW<br><br><br>ORDER WITHDRAWING ORDER GRANTING TEMPORARY RESTRAINING ORDER<br><br>**[Re Docket No. 17]** |

　　On April 24, 2009 this court granted plaintiff's motion for a temporary restraining order, despite that plaintiff had filed a notice withdrawing the motion.

　　The court withdraws the order granting the temporary restraining order and vacates the hearing on the preliminary injunction, presently set for May 4, 2009.

DATED:     04/27/09

　　　　　　　　　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER WITHDRAWING ORDER GRANTING TEMPORARY RESTRAINING ORDER—No. C-09-01754 RMW
JAS

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Lawrence Henry Meuers     lmeuers@meuerslawfirm.com

4 **Counsel for Defendants:**

5 John Christophe Kirke     johnk@donahue.com

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10 **Dated:** 04/27/09                                    JAS
                                              **Chambers of Judge Whyte**