| | |
|---|---|
| 1 | JOHN C. KIRKE, #175055 |
|   | DONAHUE GALLAGHER WOODS LLP |
| 2 | Attorneys at Law |
|   | 300 Lakeside Drive, Suite 1900 |
| 3 | Oakland, California  94612-3570 |
|   | P.O. Box 12979 |
| 4 | Oakland, California  94604-2979 |
|   | Telephone:     (510) 451-0544 |
| 5 | Facsimile:      (510) 832-1486 |

*E-FILED - 9/24/09*

Attorneys for Defendants
FARMERS PROCESSING, INC. and
RAYMOND RODRIGUEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD SILVA, JR. D/B/A SILVA FARMS, | CASE NO.  5:09-cv-1754 RMW |
|  | |
| Plaintiff, | STIPULATION AND [] ORDER REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | |
| FARMERS PROCESSING, INC. and RAYMOND RODRIGUEZ, and DOES 1 TO 20, | |
| Defendants. | |

STIPULATION AND ORDER RE CONTINUANCE                    CASE NO. C04 03175 RNW ARB

WHEREAS, the parties have reached an agreement in principle to settle this litigation;

WHEREAS, the parties are circulating drafts of settlement documents;

WHEREAS, none of the parties wish to raise any issues with the Court at the Case Management Conference currently scheduled for September 25, 2009;

The parties, subject to the approval of the Court, hereby stipulate that the Case Management Conference is continued until November 20, 2009, at 10:30 a.m.

IT IS SO STIPULATED.

Dated:  September 22, 2009          DONAHUE GALLAGHER WOODS LLP


                                    By: /s/
                                        John C. Kirke
                                        Attorneys for Defendants
                                        FARMERS PROCESSING, INC. and
                                        RAYMOND RODRIGUEZ


Dated:  September 22, 2009          MEUERS LAW FIRM


                                    By: /s/
                                        Lawrence Meuers
                                        Attorneys for Plaintiff
                                        EDWARD SILVA, JR. D/B/A SILVA FARMS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  September 24, 2009          *Ronald M. Whyte*
                                    Ronald M. Whyte
                                    United States District Court Judge