E-filed on:  11/16/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWARD SILVA, JR. D/B/A SILVA FARMS,<br><br>    Plaintiff,<br><br>    v.<br><br>FARMERS PROCESSING, INC. and RAYMOND RODRIGUEZ,<br><br>    Defendants. | No. C-09-01754 RMW<br><br>JUDGMENT UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT (7 U.S.C. §499(e) |

Presently before this Court is the Stipulation for Judgment under the Perishable Agricultural Commodities Act (7 U.S.C. §499e). After my review of the Stipulation, and being otherwise fully advised in the premises,

**IT IS ORDERED**:

A. Plaintiff, Edward Silva, Jr. d/b/a Silva Farms is a valid trust beneficiary of Defendants, Farmers Processing, Inc. and Raymond Rodriguez, in accordance with Section 5(c) of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. §499e(c), in the aggregate amount of $2,592,998.59, inclusive of attorneys' fees.

B. Defendants have failed to maintain PACA trust assets and pay Plaintiff, Edward Silva, Jr. d/b/a Silva Farms promptly under 7 U.S.C. §§499b(4) and e(c).

C. Judgment is entered in favor of Plaintiff, Edward Silva, Jr. d/b/a Silva

JUDGMENT
No. C-09-01754 RMW
CCL

Farms, and against Defendants, Farmers Processing, Inc. and Raymond Rodriguez, in the amount of $2,592,998.59.

D. Post-judgment interest shall accrue on the Judgment amount at the agreed-upon rate of 4% from the date of the entry of this Judgment until paid in full.

E. The Judgment amount of $2,592,998.59, plus amounts for post-judgment interest accruing at the agreed-upon rate of 4% and post-judgment attorneys' fees qualify for protection under PACA, until satisfied, for which let execution issue.

F. This case shall be administratively closed, with this Court retaining complete jurisdiction to reopen this case to enforce the terms of the Stipulation and the Settlement Agreement upon application by either party.

**IT IS SO ORDERED** in Chambers at San Jose, California this 13th day of November, 2009.

DATED:     11/13/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

JUDGMENT
No. C-09-01754 RMW
CCL                                                                 2